**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00680-CMA-MDB

FREDRICA RENEE LINTON, a citizen and resident of Arizona;

    *Plaintiff*,

v.

BARBARA E. EMBRY, a citizen and resident of Colorado;

    *Defendant*.

---

**JOINT NOTICE OF SETTLEMENT**

---

    The Parties, through their respective counsel, notify the Court that they have reached an agreement to resolve this dispute without further intervention from the Court. The Parties are working to finalize a settlement agreement and associated documents and anticipate having the settlement completed within 21 days from the date of this notice. The Parties anticipate filing appropriate dismissal documents within 21 days from this Notice.

    Because the Parties have reached a mutually agreeable resolution and are in the process of finalizing the settlement, the Parties request that this Court vacate the upcoming deadlines, including the Scheduling Conference currently set for April 10, 2023.

DATED: March 31, 2023

Respectfully submitted,

 */s/ Kevin G. Walton*
Kevin G. Walton
SNELL & WILMER LLP
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020
E-mail: kwalton@swlaw.com

**Attorneys for Plaintiff Fredrica Renee Linton**

*s/Jeanette S. Eirch*
Jeanette S. Eirich
EIRICH LAW FIRM
10233 S. Parker Road, Suite 300
Parker, CO 80134
720-370-3131
JSE@EirichLaw.com

**Attorneys for Defendant Barbara E. Embry**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2023, a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT** was filed and was served through the United States District Courts, District of Colorado, CM/ECF on the following:

Jeanette S. Eirich
EIRICH LAW FIRM
10233 S. Parker Road, Suite 300
Parker, CO 80134
720-370-3131
JSE@EirichLaw.com

                                  */s/ Sandy Braverman*
                                 For Snell & Wilmer L.L.P.